DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MAURICE E. GIORDANI,**
Appellant,

v.

**RAZ 3 LLC,**
Appellee.

No. 4D2023-0571

[November 16, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Steven P. DeLuca, Judge; L.T. Case No. CONO23000636.

Maurice E. Giordani, Fort Lauderdale, pro se.

No answer brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***